THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* FRANCIS HOGUE, Appellant.

Submitted November 17, 1947; decided January 15, 1948.

*Theodore A. Knapp* for appellant.

*John F. Doyle, District Attorney,* for respondent.

Judgment affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.